UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-362-T-30EAJ

JAMES LEE DAVIS

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 24) which, upon entry, shall become a final order of forfeiture as to defendant James Lee Davis' right, title, and interest in the following:

1. One loaded 9mm Ruger handgun, Model Number P89, Serial Number 309-42360;

2. One loaded 9mm Smith & Wesson handgun, Model Number SW9VE, Serial Number PAL7702;

3. One 762 caliber FEG AK-47 rifle Model Number AMD65, Serial Number SM07185, with two magazines (one loaded and one unloaded), and 19 rounds of assorted 762 ammunition; and

4. A box of ammunition containing 52 rounds of 9 caliber ammunition.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offense charged in Count One of the Indictment and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 24) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant James Lee Davis in the weapons and ammunition referenced above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cr-362.forfeit.wpd

2