UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:10-cr-362-T-30EAJ

JAMES LEE DAVIS

## DECLARATION OF PUBLICATION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby declares under penalty of perjury that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 8, 2011.  Federal Rules of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case, as evidenced by Attachment 1.

Executed on April 8, 2011.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:    *s/Anita M. Cream*
ANITA M. CREAM
Assistant United States Attorney
Florida Bar Number 56359
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
(813) 274-6000 - telephone
(813) 274-6220 - facsimile
E-mail: anita.cream@usdoj.gov

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
### COURT CASE NUMBER: 8:10-CR-362-T-30EAJ; NOTICE OF FORFEITURE

Notice is hereby given that on March 07, 2011, in the case of <u>U.S. v. James Lee Davis</u>, Court Case Number 8:10-CR-362-T-30EAJ, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

FEG AMD65 Rifle CAL:762 SN:SM07185 (10-ATF-018919) which was seized from James Davis on July 23, 2010 at 2116 W 8th Ave, located in Bradenton, FL

Ruger P89 Pistol CAL:9 SN:309-42360 (10-ATF-018920) which was seized from James Davis on July 23, 2010 at 2116 W 8th Ave, located in Bradenton, FL

Smith & Wesson SW9VE Pistol CAL:9 SN:PAL7702 (10-ATF-018921) which was seized from James Davis on July 23, 2010 at 2116 W 8th Ave, located in Bradenton, FL

19 Rounds Assorted Ammunition CAL:762 (10-ATF-018935) which was seized from James Davis on July 23, 2010 at 2116 W 8th Ave, located in Bradenton, FL

52 Rounds Assorted Ammunition CAL:9 (10-ATF-018936), including the following items: 3 3 Rounds Winchester-Western Ammunition CAL:9; 5 5 Rounds Assorted Ammunition CAL:9; 1 1 Rounds CCI Ammunition CAL:9; 35 35 Rounds Assorted Ammunition CAL:9; 8 8 Rounds Winchester-Western Ammunition CAL:9 which was seized from James Davis on July 22, 2010 at 2116 W 8th Ave, located in Bradenton, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 08, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL 33602, and a copy served upon Assistant United States Attorney Anita M. Cream, 400 North Tampa Street, Suite 3200, Tampa, FL 33602. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 8, 2011 and April 6, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. James Lee Davis

**Court Case No:**      8:10-CR-362-T-30EAJ
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
| --- | --- | --- | --- |
| 1 | 03/08/2011 | 24.0 | Verified |
| 2 | 03/09/2011 | 24.0 | Verified |
| 3 | 03/10/2011 | 24.0 | Verified |
| 4 | 03/11/2011 | 24.0 | Verified |
| 5 | 03/12/2011 | 24.0 | Verified |
| 6 | 03/13/2011 | 24.0 | Verified |
| 7 | 03/14/2011 | 24.0 | Verified |
| 8 | 03/15/2011 | 24.0 | Verified |
| 9 | 03/16/2011 | 24.0 | Verified |
| 10 | 03/17/2011 | 24.0 | Verified |
| 11 | 03/18/2011 | 24.0 | Verified |
| 12 | 03/19/2011 | 24.0 | Verified |
| 13 | 03/20/2011 | 24.0 | Verified |
| 14 | 03/21/2011 | 24.0 | Verified |
| 15 | 03/22/2011 | 23.9 | Verified |
| 16 | 03/23/2011 | 24.0 | Verified |
| 17 | 03/24/2011 | 24.0 | Verified |
| 18 | 03/25/2011 | 24.0 | Verified |
| 19 | 03/26/2011 | 24.0 | Verified |
| 20 | 03/27/2011 | 24.0 | Verified |
| 21 | 03/28/2011 | 24.0 | Verified |
| 22 | 03/29/2011 | 24.0 | Verified |
| 23 | 03/30/2011 | 24.0 | Verified |
| 24 | 03/31/2011 | 24.0 | Verified |
| 25 | 04/01/2011 | 24.0 | Verified |
| 26 | 04/02/2011 | 24.0 | Verified |
| 27 | 04/03/2011 | 24.0 | Verified |
| 28 | 04/04/2011 | 24.0 | Verified |
| 29 | 04/05/2011 | 24.0 | Verified |
| 30 | 04/06/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.