UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 8:10-cr-362-T-30EAJ

JAMES LEE DAVIS

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 34), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for the following weapons and ammunition:

   a. One loaded 9mm Ruger handgun, Model Number P89, Serial Number 309-42360;

   b. One loaded 9mm Smith & Wesson handgun, Model Number SW9VE, Serial Number PAL7702;

   c. One 762 caliber FEG AK-47 rifle Model Number AMD65, Serial Number SM07185, with two magazines (one loaded and one unloaded), and 19 rounds of assorted 762 ammunition; and

   d. A box of ammunition containing 52 rounds of 9 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

   1. On March 7, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Davis' right, title, and interest in the weapon and ammunition. (Doc. 25).

2. The defendant's sentencing is scheduled for July 12, 2011. (Doc. 33). In paragraph 10 on page 8 of his Plea Agreement, pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture shall be final as to the defendant at the time it is entered, notwithstanding the requirement that it be made a part of the sentence and be included in the judgment. (Doc. 18).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapon and ammunition, on the official government website, www.forfeiture.gov, from March 8, 2011 through April 6, 2011. (Doc. 29). The publication gave notice to all third parties with a legal interest in the weapon and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No person or entity, other than the defendant, Davis, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapon and ammunition. No third party has filed a petition or claimed an interest in the weapon and ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the weapon and ammunition is now barred.

5. The Court finds that the weapon and ammunition is the property of defendant James Lee Davis.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 34) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the weapon and ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the weapon and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 10, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-362.fj forfeit 34.wpd